**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

JAMES GOLIDAY,                    )
                                  )
                    Petitioner,   )
v.                                )        No. 1:07-cv-1187-RLY-WTL
                                  )
STANLEY KNIGHT,                   )
                                  )
                    Respondent.   )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: _____01/09/2008_____
                                          RICHARD L. YOUNG, JUDGE
                                          United States District Court
Laura Briggs, Clerk                       Southern District of Indiana
United States District Court


_____

By: Deputy Clerk


Distribution:

James Goliday
#927531
Wabash Valley Correctional Facility
P.O. Box 2222
Carlisle, IN 47838


pamela.moran@atg.in.gov